■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM PERRY, Appellant. — Judgment, Supreme Court, New York County, rendered on October 19, 1977, affirmed. Concur — Kupferman, J.P., Sullivan, Lupiano and Lynch, JJ.

Fein, J., dissents in part in a memorandum as follows: I agree that Justice Kassal properly ruled there was probable cause for the arrest, as set forth in the detailed findings and conclusions contained in his decision, which we should respect. However, I still vote to reverse, vacate the plea of

guilty, grant the suppression motion, and remand the action for further proceedings as set forth in my dissenting opinion *(People v Perry,* 77 AD2d 269, 274) when the case was here originally.